File #12976

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JUSTIN ATKINS, an infant by his Mother and
Natural Guardian, TAMMY ATKINS and
TAMMY ATKINS, Individually,

                Plaintiffs,

  -against-

JA-RU, INC., DOLGENCORP, INC.,
DOLGENCORP OF NEW YORK, INC. and
DOLLAR GENERAL CORPORATION,

                Defendants.
----------------------------------------------------------x

**DEMAND FOR JURY TRIAL**

Civil No. 08 CIV 3640

    **PLEASE TAKE NOTICE** that plaintiffs, by their attorneys, **LARKIN, AXELROD, INGRASSIA & TETENBAUM, LLP,** hereby demand a trial by jury of all issues triable of right by a jury in the above entitled action pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: May 29, 2008

                        **LARKIN, AXELROD, INGRASSIA
                        & TETENBAUM, LLP.**

                        BY: ___S/_____
                           JAMES ALEXANDER BURKE
                        Attorneys for Plaintiffs
                        34 Route 17K
                        Newburgh, New York 12550
                        (845) 562-3366

TO:  **SCHNADER HARRISON SEGAL & LEWIS**
      Attorneys for Deft., JA-RU, INC.
      Office & P.O. Address
      140 Broadway, Suite 3100
      New York, New York 10005

**BARTH SULLIVAN BEHR**
Attorneys for Defts., DOLGENCORP, INC.,
DOLGENCORP OF NEW YORK, INC. and
DOLLAR GENERAL CORPORATION
Office & P.O. Address
43 Court Street, Suite 600
Buffalo, New York 14202-3101